IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DANIEL PEOPLES, JR., | : | |
| Plaintiff, | : | Case No. 3:05cv00003 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY OF OHIO,<br>et al., | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON APRIL 7, 2005 (Doc. #3); DISMISSING PLAINTIFF'S COMPLAINT; CERTIFYING PURSUANT TO 28 U.S.C. §1915(a) THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 7, 2005 (Doc. #3) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED;

3. Pursuant to 28 U.S.C. §1915(a), the Court CERTIFIES that an appeal of this Decision and Entry would not be taken in good faith. Plaintiff, a non-prisoner,

remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

4. This case is terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge